IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CROSS BORDER RESOURCES, INC.,

    Plaintiff,

v.

Case No. 2:17-CV-01013 KG-SMV
Consolidated with 2:17-CV-01016 MV/SMV

BLACK SHALE MINERALS, LLC,

    Defendant.

**AGREED ORDER GRANTING MOTION TO TRANSFER
VENUE TO THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

    Counsel for Black Shale Minerals, LLC, filed a Motion to Transfer Venue ("Transfer Motion") requesting an order transferring venue of the above-captioned matter. Although Plaintiff Cross Border Resources, Inc., ("Cross Border") initially responded in objection to the Transfer Motion, Cross Border has agreed to the transfer of venue to the United States Bankruptcy Court for the Northern District of Texas, subject to its Motion for Remand. The Court, having reviewed the Transfer Motion and being duly advised of Plaintiff's consent to Defendant's Transfer Motion, now finds that such motion should be GRANTED.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned adversary proceeding shall be and is hereby transferred to the United States Bankruptcy Court for the Northern District of Texas to Bankruptcy Case No. 16-30990, subject to Plaintiff's Motion for Remand.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

APPROVED:

**HINKLE SHANOR LLP**

By: ___/s/ Richard E. Olson_____
      Richard E. Olson
      P.O. Box 10
      Roswell, NM 88202-0010
      (575) 622-6510
      (575) 623-9332 fax
      rolson@hinklelawfirm.com

*Attorneys for Plaintiff Cross Border Resources, Inc.*

**GALLAGHER & KENNEDY, P.A.**
***APPROVAL GIVEN VIA E-MAIL***

By: ___/s/ Gene F. Creely II_____
      Gene F. Creely, II
      Germaine R. Chappelle
      1233 Paseo De Peralta
      Santa Fe, NM 87501
      (505) 982-9523
      (505) 983-8160 fax
      gene.creely@gknet.com
      germaine.chappelle@gknet.com

*Attorneys for Defendant Black Shale Minerals, LLC*